1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER SCOTT ROBERTSON,**<br><br>Plaintiff,<br><br>vs.<br><br>**BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,**<br><br>Defendant. | Case No.: 8:22-cv-00242-JLS-ADS<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS ORDERED, ADJUDGED, AND DECREED as follows:

Plaintiff's claims and causes of action asserted against BMW of North America, LLC are hereby dismissed. (FRCP 41(a)(1).)

IT IS SO ORDERED.

Dated: May 6, 2024

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE